UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. CR-21-314-RAW |
| BRENDA BURDUE SAVAGE, | ) ) | Date:   11/15/2021 |
| Defendant. | ) | Time:   11:24 a.m. – 1:42 p.m. |
| | | 1:57 p.m. – 2:09 p.m. |

## MINUTE SHEET - MOTION HEARING

Steven P. Shreder, Judge          K. Davis, Law Clerk          Reporter – K. McWhorter
P. Bruce, Deputy Clerk          FTR Courtroom 4

Counsel for Plaintiff:     Matthew Mattis and Kelly Pearson
Counsel for Defendant:   Jacob T. Reynolds
Defendant appears in person:  [X] with Counsel;   [] Counsel waived;   [] w/o Counsel;

**GOVERNMENT'S WITNESSES:**
1. Danny McHenry, McAlester Police Dept.

**DEFENDANT'S WITNESSES:**
1. Elijah Hass, McAlester Police Dept.
2. Gregory Read, McAlester Police Dept.
3. Don Hass, Ret. McAlester Police Dept.
4. Rebecca Miller

**GOVERNMENT'S EXHIBITS:**
1. Bodycam Video #1 – oral stipulation as true and correct representation

**DEFENDANT'S EXHIBITS:**
1. Bodycam Policy of McAlester Police Dept
2. PD90 Bodycam video
3. Truman Kenieutubbe's written statement
4. Officer Delana's bodycam video
5. Video of Valley Inn
6. Receipt from Valley Inn
7. Statement of Allison Blackwell

**MINUTES:** Comes on for hearing on defendant Brenda Burdue Savage's Motion to Suppress Defendant's Statements/Motion for *Jackson v. Denno* Hearing [Dkt. 30], and Motion to Conduct Taint Hearing and Dismiss Indictment, or in the Alternative Suppress Testimony of Law Enforcement and Collected Evidence [Dkt. 37]. Government calls Witness #1 – Danny McHenry. Government presents Exhibit #1 – bodycam video. Defendant calls Witness #1 – Elijah Hass; Witness #2 – Gregory Read; Witness #2 – Don Hass; Witness #4 – Rebecca Miller. Parties proceed with oral argument. Government rests. Defendant rests. Parties to provide Court with copies of all exhibits. Court takes the motion under advisement and will enter Report and Recommendation.