## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**BRENDA BURDUE SAVAGE,**<br><br>*Defendant.* | Case No.: 21-cr-00314-RAW |

### GOVERNMENT'S REQUEST FOR PERMISSION FOR ABSENCE OF ATTORNEY AT THE PRETRIAL CONFERENCE

COMES NOW the United States of America, by and through Christopher J. Wilson, Interim United States Attorney, and Mathew P. Mattis, and Chad W. McHenry, Trial Attorneys, Organized Crime and Gang Section, U.S. Department of Justice, respectfully requesting permission from this Honorable Court for Chad W. McHenry to be excused from attending the pretrial conference in this matter.

The government requests permission for Mr. McHenry's attendance to be excused at the pretrial conference on January 21, 2022, because he will be packing his residence and preparing for his move the following week to a new home. Matthew P. Mattis is the lead trial counsel and will be present at the January 21 pretrial conference. Further, because this is the second pretrial conference, the bulk of trial documents were previously filed, and issues have largely been settled. At the January 21 pretrial conference Mr. Mattis, as lead trial counsel, will be prepared to address any issues or questions which may arise.

Respectfully submitted,

CHRISTOPHER J. WILSON
Interim United States Attorney

s/<u>Matthew P. Mattis</u>
MATTHEW P. MATTIS
California Bar #225047
Trial Attorney
CHAD W. MCHENRY
WSBA #45228
Trial Attorney
U.S. Department of Justice
Organized Crime & Gang Section
1301 New York Ave., NW
Washington, DC 20005
matthew.mattis@usdoj.gov
chad.w.mchenry@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 6, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.   Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to:

    Jacob Reynolds, Counsel for Defendant

    Blake Lynch, Counsel for Defendant

    Brecken Wagner, Counsel for Defendant

                                                    s/      Matthew P. Mattis
                                                    MATTHEW P. MATTIS
                                                    Trial Attorney