IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>BRENDA BURDUE SAVAGE,<br><br>*Defendant.* | Case No.: 21-cr-00314-RAW |

## GOVERNMENT'S AMENDED WITNESS LIST

COMES NOW the United States of America, by and through Christopher J. Wilson, Interim United States Attorney, and Mathew P. Mattis, and Chad W. McHenry, Trial Attorneys, Organized Crime and Gang Section, U.S. Department of Justice, and respectfully submits its First Amended Witness List. Witnesses whose testimony were the subject of discussed stipulations have been eliminated (*See* ECF 74-Court minutes). Three fact witnesses have been added. The estimated time of direct by the Government has been modified. The Government anticipates calling the following witnesses at trial, in the following order:

1. Patrick Dunlap
   Percipient Witness to the events of the evening.
   Approximately 45 minutes.

2. Truman Kenieutubbe
   Percipient Witness to the events of the evening.
   Approximately 30 minutes.

3. McAlester Police Officer Danny McHenry
   First officer on scene/ statements of Defendant/ crime scene investigation.
   Approximately 30 minutes.

4. McAlester Police Officer Shawn Delana (added witness)
   Officer at crime scene/ observations of scene.
   Approximately 15 minutes.

5. Justin Deckard (added witness)
   Oklahoma State Bureau of Investigation
   Test fired weapon recovered from crime scene on or about Nov. 23, 2021.
   5 minutes.

6. Patrick Brooks
   Patron at the Valley Inn bar on January 29, 2019/ interacted & spoke with Defendant.
   Approximately 20 minutes.

7. Allison Blackwell (added witness)
   Patron at the Valley Inn Bar on January 29, 2019/ interacted & spoke with Defendant.
   Approximately 20 minutes.

8. Darla Stevens
   Bartender at the Valley Inn bar on January 29-30, 2019/ interacted with Defendant.
   Approximately 20 minutes.

9. Previously Noticed Expert Dr. Cheryl Niblo
   Forensic Pathologist with the Oklahoma Office of the Chief Medical Examiner.
   Approximately 20 minutes.

10. FBI Special Agent Karen Castiblanco
    Case agent.
    Approximately 20 minutes.

**Total approximate time of Government direct:   4 hours, 5 minutes**
(previous approximate time was 4 hours)

    Respectfully submitted,

    CHRISTOPHER J. WILSON
    Interim United States Attorney

    s/Matthew P. Mattis
    MATTHEW P. MATTIS
    California Bar #225047
    Trial Attorney
    CHAD W. MCHENRY
    WSBA #45228

Trial Attorney
U.S. Department of Justice
Organized Crime & Gang Section
1301 New York Ave., NW
Washington, DC 20005
matthew.mattis@usdoj.gov
chad.w.mchenry@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on January 11, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.   Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to:

    Jacob Reynolds, Counsel for Defendant

    Blake Lynch, Counsel for Defendant

    Brecken Wagner, Counsel for Defendant

                                                      s/       Matthew P. Mattis  
                                                      MATTHEW P. MATTIS  
                                                      Trial Attorney