# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: | CR-21-314-RAW |
| Plaintiff, | ) | | |
| v. | ) | Date: | 01/21/2022 |
| BRENDA BURDUE SAVAGE | ) | Time: | 8:59 a.m. – 9:24 a.m. |
| Defendant. | ) | | |

## MINUTE SHEET – SECOND CRIMINAL PRETRIAL CONFERENCE

Ronald A. White, Judge    T. Stephens, Deputy Clerk    K. McWhorter, Court Reporter
Courtroom 2 - Room 224

Counsel for Plaintiff:    Matthew Mattis, U.S. Dept. of Justice
Counsel for Defendant:   Jacob Tyler Reynolds, Blake E. Lynch and Brecken A. Wagner, Retained, with Defendant

**Minutes:**

Comes on for Pretrial Conference. Appearances made. Court inquired to Defendant regarding Motions filed on 1/19/2022. Counsel responded. Court reviewed minutes of last pretrial conference with Counsel. Court inquired if discovery was complete. Government responded that they will be emailing 302 reports to Defense Counsel. Court directed Government to provide reports by Monday, 1/24/2022 or to file a Notice with the Court explaining why they have not been provided. Defendant responded. Court inquired if there were any additional Stipulations anticipated, in addition to 7 Stipulations that Counsel previously advised. Government advised there will be 2 more, one regarding the 911 call and another as to Defendant's non-indian status. Government went on to advise that a Superseding Indictment will also be filed as to her non-indian status. Defendant responded in agreement. Court advised that the pre-admitted exhibits that Counsel announced at the previous Pretrial Conference will be pre-admitted before the jury comes in and evidence is started. Court went on to advised that video/audio has been provided to the Court, Parties previously consented to Magistrate Judge conducting jury selection, Court previously advised it would allow 20 minutes each for opening statements, Counsel previously advised they anticipate 4-5 days was needed for trial, and that bench conferences were previously discussed. Court instructed Defense Counsel to provide USMS with appropriate clothing for defendant for trial. Court addressed Defendant's pending Motions (Dkt. Nos. 105, 108, 109). Argument and Response by Counsel. Court gave oral rulings: Defendant's Motion to Recognize Defense Witnesses as a Witness Identified with an Adverse Party (Dkt. No. 105) granted; Defendant's Motion to Revoke Pretrial Detention Order (Dkt. No. 108) denied; Defendant's Motion in Limine: "Confession" and Jail Call, (Dkt. No. 109) moot as to the jail call; granted in part and denied in part with regard to the "confession" (RAW). Court gave a trial date of 2/7/2022, with Jury Selection to begin at 9:00 am, if selection is completed by 11:00 am Jury Trial will commence; however, if selection is not completed by 11:00 am, Jury Trial will commence at 1:00 pm. Government in agreement with that date, Defendant advised they will need to confirm with their expert. Nothing further.

Adjourn.