**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>BRENDA BURDUE SAVAGE,<br><br>    *Defendant.* | Case No. CR-21-314-RAW |

**ORDER**

This matter came on for pretrial conference on January 21, 2022.  For the reasons stated at the hearing, the motion to recognize defense witnesses as witnesses identified with an adverse party [Docket No. 105] is GRANTED; the motion to revoke pretrial detention order [Docket No. 108] is DENIED; and the motion in limine as to "confession" and jail call [Docket No. 109] is MOOT as to the jail call and GRANTED in part and DENIED in part as to the "confession." The Defendant's statements may be introduced, but the Government will not refer to them as a "confession."

    **IT IS SO ORDERED** this 27th day of January, 2022.

_____
**THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**