UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | Case No. | CR-21-314-RAW |
| v. | ) | | |
| | ) | Date: | 1/27/2022 |
| BRENDA BURDUE SAVAGE, | ) | | |
| | ) | Time: | 2:41 p.m. – 2:44 p.m. |
| Defendant. | ) | | |

## MINUTE SHEET – VIDEO CONFERENCE ARRAIGNMENT

Steven P. Shreder, Judge        P. Bruce, Deputy Clerk        Reporter - none
                                                              FTR - Courtroom 4

Counsel for Plaintiff:   Matthew Mattis, AUSA, via video
Counsel for Defendant:   Jacob Reynolds Retained, via video
☐ Fin. Afd / Deft orally requested counsel    Objections ☐ yes  ☐ no    ☐ Court appointed counsel
☐ Interpreter: _____ ;  ☐ sworn
Defendant appeared via video:  ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;

☒ Defendant acknowledged receipt of Superseding Indictment and has had an opportunity to discuss it with counsel
☒ Defendant advised of constitutional rights, charges, possible penalties
☒ Defendant entered not guilty plea as to Counts 1-3 of the Superseding Indictment

**Trial / Motions:**
☒ **Jury Trial previously set for February 7, 2022 at 11:00 a.m. before Judge Ronald A. White**
☐ Court advised defendant will have 14 days to file motions and Government will have 7 days to respond

**Discovery:**
☒ Court inquired of counsel as to the status of discovery production pursuant to Local Criminal Rule 16.1(A)(1) requiring the Government to provide discovery to defendant contemporaneously with the arraignment.
    ☐ Government has complied      ☐ Government has not complied
    Parties ☐ do  ☐ do not foresee any problems which the Court should anticipate.
☒ Court reminds Government of their discovery obligations pursuant to the Due Process Protections Act

**Detention / Bond:**
☐ Parties have reviewed Pretrial Services Report regarding detention      Objections ☐ yes ☐ no
☐ Defendant allowed to post bond in the amount of _____
    ☐ Order Setting Conditions of Release
☐ Government filed Motion for Detention
☐ Defendant orally waived the issue of Detention
☐ **Detention hearing set:**
☐ Defendant reserves as to issue of detention at this time
☒ Defendant agreed issue of bond is moot
☒ Defendant to remain in custody and was remanded to the custody of USMS

☒ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings PB