IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BRENDA BURDUE SAVAGE,<br><br>*Defendant*. | Case No. CR-21-314-RAW |

**ORDER**

This action arises from the death of Bart Jameson on or about January 30, 2019. The Indictment charges the Defendant with: (1) second degree murder in Indian Country, in violation of 18 U.S.C. §§ 1111(a), 1151, and 1152; (2) use, carry, brandish, and discharge of a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A); and (3) causing the death of a person in the course of a violation of 18 U.S.C. § 924(c), in violation of 18 U.S.C. § 924(j)(1). The Indictment also include a forfeiture allegation. Trial is set to begin on February 7, 2022.

Now before the court is the Defendant's second motion in limine to exclude the testimony of Allison Blackwell filed on January 28, 2022 [Docket No. 122]. For the reasons stated in the Government's response filed on February 1, 2022 [Docket No. 123], the Defendant's motion is hereby DENIED. The Government may introduce Ms. Blackwell's testimony that based upon her observations, the Defendant was "messed up" or "acting completely different" after coming out of the bathroom and that prior to that point, she seemed fine. The testimony is consistent with Rule 701, and the Government informs the court that the

defense has known about this statement since 2019. The Government will not introduce testimony regarding Ms. Blackwell's "medical opinion" or her opinion that the Defendant was not "roofied."

The Defendant's motion [Docket No. 122] is DENIED.

**IT IS SO ORDERED** this 1st day of February, 2022.

*/s/ Ronald A. White*
_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**