IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> PLAINITFF, ) <br> vs. ) <br> ) Case No. 21-CR-00314-RAW <br> ) <br> BRENDA BURDUE SAVAGE ) <br> ) <br> DEFENDANT. ) | |

### DEFENDANT'S AMENDED WITNESS LIST

**COMES NOW** Defendant Brenda Burdue Savage, by and through her counsel of record Jacob T. Reynolds of Wagner and Lynch, to present an amended witness list for jury trial.

The changes to the witness list are the result of an evidentiary disclosure by the Government on February 1st, 2022. The Government disclosed the Defendant's release paperwork from Pittsburg County Jail. On that paperwork, the search officer, Tammy Davidson, provides a relevant note of the Defendant's state of intoxication during booking procedures. On February 2nd, 2022, Counsel for the Defendant contacted AUSA Matthew Mattis about amending the Defense's witness list. The Government had no objection to the amendment. The Defendant plans to call Tammy Davidson to testify about her observations during booking procedure.

This amendment will shift the order of the Defendant's witness list and will add approximately 10 minutes of direct examination testimony.

## WITNESSES

The Defense anticipates calling the following witnesses at trail, in the following order:

1. Elijah Hass
   McAlester Police Department Officer
   Will testify to statements and observations on the scene and his role in the investigation
   Approximately 30 Minutes

2. Don Hass
   Former McAlester Police Department Detective/Lead Investigator on this case
   Will testify to his investigation in this case.
   Approximately 45 Minutes

3. Previously Noticed Expert David Ballard;
   Private Investigator and Instructor at the CLEET Academy
   Will testify to his investigation and police protocol
   Approximately 120 Minutes

4. Gary Wansick
   Former McAlester Police Department Chief of Police
   Will Testify to the Protocol of McAlester Police Department
   Approximately 20 Minutes

5. Tammy Davidson
   Will testify to her observations of the Defendant during jail booking procedures.
   Approximately 10 minutes

6. Previously Noticed Expert Rebecca Miller, NP
   Will testify to her investigation and expertise in intoxication and characteristics of date rape drugs.
   Approximately 120 Minutes

7. LaShanda Green
   Will testify to the chain of custody of the Defendant's clothing
   Approximately 15 Minutes

8. Meagan Wheat

Will testify to the chain of custody of the Defendant's clothing
Approximately 15 Minutes

9. Previously Noticed Expert Richard Ernest
   Will testify to his analysis of the Defendant's clothing and expertise in gunshot residue testing
   Approximately 60 Minutes

**Total approximate time of Defense's Direct Examination: 7 hours, 15 minutes**

Respectfully Submitted,

*/s/ Jacob T. Reynolds*

Jacob T. Reynolds, OBA# 34543
WAGNER & LYNCH LAW
109 East Washington Ave
McAlester, OK  74501
Phone (918) 421-8843
Attorney for Defendant