# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No.: CR-21-314-RAW |
| v. | ) | Date: 02/08/2022 |
| BRENDA BURDUE SAVAGE | ) | Total Time: 6 hours and 12 minutes |
| Defendant. | ) | |

## MINUTE SHEET – JURY TRIAL (day 2)

Ronald A. White, Judge    T. Stephens, Deputy Clerk    K. McWhorter, Court Reporter
(Courtroom 2 - Room 224)

Counsel for Plaintiff:   Matthew Mattis and Chad McHenry, U.S. Dept. Justice;
Karen Castiblanco, FBI Agent

Counsel for Defendant:   Jacob Reynolds, Blake Lynch and Brecken Wagner, Retained,
w/ Defendant

| **TIME** | **MINUTES** |
|---|---|
| 9:01 a.m. | RECONVENE. JURY IN<br>Government's evidence continues.<br>2) Witness: Officer Danny McHenry |
| 9:44 a.m. | 3) Witness: Justin Deckard |
| 9:47 a.m. | 4) Witness: Allison Blackwell |
| 10:08 a.m. | 5) Witness: Patrick Brooks |
| 10:13 a.m. | 6) Witness: Darla Stephens |
| 10:46 a.m. | JURY OUT. Discussion regarding Government's witness schedule and Trial Stipulations to be read into the record. |
| 10:49 a.m. | RECESS |
| 11:04 a.m. | RECONVENE. JURY IN<br>Government's evidence continues.<br>7) Witness: Dr. Cheryl Niblo |
| 11:12 a.m. | 8) Witness: Truman Kenieutubbe |
| 12:00 p.m. | Government requested that the Trial Stipulations 2, 7 and 9 to be read to the jury. Stipulations 2, 7 and 9 read by Court. |

| | |
|---|---|
| 12:01 p.m. | Government rested. |
| 12:03 p.m. | JURY OUT. Defendant moved for Judgment of Acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure. Government responded. ENTERING FINDING: Defendant's Motion for Judgment of Acquittal. OVERRULED (RAW) |
| | Discussion regarding Defendant's Expert Witness Rebecca Miller. Court advised it reviewed the Transcript of the Preliminary Hearing, pages 69-108 and finds that a Daubert Hearing is appropriate. Daubert Hearing of Defendant's Expert Witness, Rebecca Miller. Court finds that Defendant's Expert Witness Rebecca Miller will be allowed to testify. |
| 12:50 p.m. | RECESS |
| 1:48 p.m. | RECONVENE. JURY IN. Defendant's evidence.<br>1)  Witness: Gary Wansick |
| 2:11 p.m. | 2) Witness: David Ballard |
| 3:50 p.m. | RECESS |
| 4:11 p.m. | RECONVENE. JURY IN. Defendant's evidence continues.<br>2)  Witness: David Ballard |
| 4:26 p.m. | 3)  Witness: Tammy Davidson |
| 4:39 p.m. | 4)  Witness: LaShanda Green |
| 4:42 p.m. | 5)  Witness: Meagan Wheat |
| 4:46 p.m. | Court excused jury and directed to return on 2/9/2022 at 8:50 am with trial to begin at 9:00 a.m. JURY OUT.   Nothing further. |
| 4:47 p.m. | RECESS until 2/9/2022 at 9:00 a.m. |