# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>BRENDA BURDUE SAVAGE,<br><br>Defendant. | **FILED**<br>FEB 1 0 2022<br>PATRICK KEANEY<br>Clerk, U.S. District Court<br>By_____<br>Deputy Clerk<br><br>Case No. CR-21-314-RAW |

## SPECIAL VERDICT FORM

We, the jury, duly empaneled in the above-entitled case, hereby unanimously find the following:

**Count One:** With respect to the charge in Count One of the Superseding Indictment for Second Degree Murder in Indian Country, we find the Defendant:

(*Check only one.*)   NOT GUILTY ✓   GUILTY ____

*If you have unanimously found the Defendant **not guilty** of Count One, or if after reasonable efforts you are unable to agree on a verdict as to Count One, then proceed to the next question.*

*If, however, you have unanimously found the Defendant **guilty** of Count One, skip the next two questions regarding lesser included offenses and proceed to Count Two.*

**Lesser Included:**   With respect to the lesser included offense of Voluntary Manslaughter, we find the Defendant:

(*Check only one.*)         NOT GUILTY         GUILTY
                 ✓

*If you have unanimously found the Defendant **not guilty** of Voluntary Manslaughter, or if after reasonable efforts you are unable to agree on a verdict as to Voluntary Manslaughter, then proceed to the next question.*

*If, however, you have unanimously found the Defendant **guilty** of Voluntary Manslaughter, your deliberations are complete. Skip the remaining questions. The Foreperson should now sign and date this Special Verdict Form on the last page.*

**Lesser Included:**   With respect to the lesser included offense of Involuntary Manslaughter, we find the Defendant:

(*Check only one.*)         NOT GUILTY         GUILTY
                 ✓

*If you reached the question of Involuntary Manslaughter, once you answer it, your deliberations are complete. Skip the remaining questions. The Foreperson should now sign and date this Special Verdict Form on the last page.*

Savage Verdict Form – page 2

**Count Two:** With respect to the charge in Count Two of the Superseding Indictment for Use, Carry, Brandish, and Discharge of a Firearm During and in Relation to a Crime of Violence, we find the Defendant:

(*Check only one.*)   NOT GUILTY   GUILTY

   _____   _____

*If, you have unanimously found the Defendant **not guilty** of Count Two, or if after reasonable efforts you are unable to agree on a verdict, then your deliberations are complete. Skip the remaining question. The Foreperson should now sign and date this Special Verdict Form on the last page.*

*If, however, you have unanimously found the Defendant **guilty** of Count Two, proceed to Count Three.*

**Count Three:**   With respect to the charge in Count Three of the Superseding Indictment for Causing the Death of a Person in the Course of Use, Carry, Brandish and Discharge of a Firearm During and Relation to a Crime of Violence, we find the Defendant:

(*Check only one.*)              NOT GUILTY              GUILTY

　　　　　　　　　　　　　　　_____              _____

DATED this _10th_ day of February, 2022.

_____
Foreperson Signature


_____
Foreperson Printed Name

Savage Verdict Form – page 4