# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>BRENDA BURDUE SAVAGE,<br><br>  Defendant. | Case No. CR-21-314-RAW |

## JUDGMENT OF ACQUITTAL

Following jury trial, the Defendant was found NOT GUILTY.  Accordingly, IT IS ORDERED that the Defendant is acquitted and discharged.  This action is dismissed with prejudice.  Any bond on the Defendant pertaining to this case is ordered released.

**IT IS SO ORDERED** this 10th day of February, 2022.

_____
THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA